568        IN THE SUPREME COURT

WILKINSON v. CRUZ

[328 N.C. 568 (1991)]

EDWARD F. WILKINSON, ADMINISTRATOR OF THE ESTATE OF PEGGY W. PITTMAN, DECEASED v. DR. CORAZON CRUZ

No. 548A90

(Filed 3 April 1991)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 100 N.C. App. 420, 396 S.E.2d 811 (1990), which affirmed the judgment entered by *Hyatt, J.*, at the 31 July 1989 session of Superior Court, GASTON County. Heard in the Supreme Court 12 March 1991.

*Blanchard, Twiggs, Abrams & Strickland, P.A., by Douglas B. Abrams, and Karro, Sellers & Langson, by Seth H. Langson,* for plaintiff-appellant.

*Roberts Stevens & Cogburn, P.A., by Isaac N. Northup, Jr.,* for defendant-appellee.

PER CURIAM.

The decision of the Court of Appeals is reversed upon the reasoning and authority of *Robertson v. Stanley*, 285 N.C. 561, 206 S.E.2d 190 (1974). The verdict and judgment are vacated, and the case is remanded to the Court of Appeals for further remand to the Superior Court, Gaston County, for a new trial on all issues.

Reversed and remanded.